Rel: July 11, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# ALABAMA COURT OF CIVIL APPEALS

## SPECIAL TERM, 2025

_____

### CL-2024-0938

_____

### M.W.

### v.

### A.E., D.E., and Franklin County Department of Human Resources

_____

### CL-2024-0939

_____

### C.M.

### v.

### A.E., D.E., and Franklin County Department of Human Resources

### Appeals from Franklin Juvenile Court
### (JU-22-177.04)

HANSON, Judge.

CL-2024-0938 -- AFFIRMED BY UNPUBLISHED MEMORANDUM.

CL-2024-0939 -- AFFIRMED BY UNPUBLISHED MEMORANDUM.

Fridy and Bowden, JJ., concur.

Edwards, J., concurs in the result, without opinion.

Moore, P.J., dissents, with opinion.

MOORE, Presiding Judge, dissenting.

I respectfully dissent. I agree that the Franklin Juvenile Court ("the juvenile court") erred in finding that M.W. ("the father") had an ongoing substance-abuse problem and that C.M. ("the mother") had an ongoing mental-health problem that impaired their ability to care for M.K.W. ("the child"). I disagree, however, that the error was harmless because I cannot conclude that the juvenile court would have terminated the parental rights of the father and the mother absent those erroneous findings. I believe that this court should reverse the judgment and remand the case for the juvenile court to reconsider whether it should terminate the mother's and the father's parental rights, without taking into account its erroneous findings, as we did in B.T. v. Jefferson County Department of Human Resources, [Ms. CL-2023-0944, Aug. 30, 2024] ___ So. 3d ___ (Ala. Civ. App. 2024).